UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN STANLEY IVIE,

          Petitioner,

  v.

JASON BENNETT ,

          Respondent.

CASE NO. 3:24-cv-05254-BJR-BAT

**REPORT AND RECOMMENDATION DENYING IFP APPLICATION**

Petitioner, a Stafford Creek Corrections Center prisoner, filed a federal habeas petition and application to proceed *in forma pauperis* (IFP). Dkt. 4.

Petitioner submitted a prison trust account indicating his average monthly receipts total $200.33 and his average spendable balance totals $120.21. Petitioner's prison trust account shows he can pay the $5.00 fee for filing a federal habeas petition. The Court accordingly recommends:

    1.    Petitioner's IFP application be denied.

    2.    Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this report and recommendation, or the matter will be dismissed without prejudice.

    2.    The clerk shall provide a copy of this report to Petitioner.

REPORT AND RECOMMENDATION
DENYING IFP APPLICATION - 1

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **April 29, 2024**. The Clerk should note the matter for **May 3, 2024.** as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 15th day of April, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge