UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN STANLEY IVIE,<br><br>                    Petitioner,<br><br>        v.<br><br>JASON BENNETT ,<br><br>                    Respondent. | CASE NO. 3:24-cv-05254-BJR-BAT<br><br>**ORDER DENYING IFP APPLICATION** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner shall pay the filing fee within 14 days of the date of this order. The failure to do so will result in dismissal without prejudice of this matter.

(3) The Clerk shall provide a copy to Petitioner.

Dated this 24th day of May, 2024.

BARBARA J. ROTHSTEIN
United States District Judge

ORDER DENYING IFP APPLICATION - 1