The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARTIN IVIE,

    Petitioner,

v.

JASON BENNETT,

    Respondent.

NO. 24-cv-5254-BJR

**ORDER FOR PAYMENT OF FILING FEE**

By its Order of June 20, 2024, the Court ruled that if Mr. Ivie wishes to avoid dismissal of this matter, he shall pay the $5.00 filing fee within 14 days of the Order, i.e., on or before July 5, 2024, or alternately, file responsive objections addressing why he should not or cannot pay the filing fee. Order, ECF No. 9. Mr. Ivie was warned that failure to timely file a responsive objection or pay the filing fee will result in dismissal without prejudice of this matter without further notice. *Id.* Although the Court did not accept Mr. Ivie's proposed objections to the Report and Recommendation (R&R) issued by Judge Tsuschida, Mr. Ivie has simply refiled the same non-responsive objections. *See* ECF Nos. 8, 10.

Accordingly, the Court readopts the R&R, ECF No. 6, which denied Mr. Ivie's IFP application. If Mr. Ivie wishes to avoid dismissal of this matter, he shall pay the $5.00 filing fee on

ORDER FOR PAYMENT OF FILING FEE

- 1

or before July 5, 2024. Failure to timely pay the filing fee will result in dismissal without prejudice of this matter without further notice.

The Clerk is directed to provide a copy of this Order to the Petitioner.

DATED this 27th day of June 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER FOR PAYMENT OF FILING FEE

- 2